**UNITED STATES DISTRICT COURT**                    **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| DARIN BORNE, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | CIVIL ACTION NO. 1:17-CV-510 |
| AAY SECURITY LLC, | § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

The parties' Joint Notice of Settlement in Principle and Motion to Vacate All Deadlines (#81) is GRANTED. Accordingly, the deadlines set forth in the Second Amended Scheduling Order are VACATED.

IT IS ORDERED that this case is dismissed on the merits without prejudice to the right of counsel of record to move for reinstatement within ninety (90) days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act.

Any outstanding motions are conditionally denied as moot pending final settlement papers. In the event this case is reinstated, counsel retains the responsibility to re-urge any motions previously denied as moot.

This court retains jurisdiction to enforce the settlement.

SIGNED at Beaumont, Texas, this 30th day of October, 2019.

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE